# Exhibit List

**Exhibit A**:   Letter from the Hon. Patrick J. Toomey, May 28, 2015

**Exhibit B**:   Letter from ATF Assistant Director Christopher Shaefer, June 8, 2015

# Exhibit A

PATRICK J. TOOMEY
PENNSYLVANIA

COMMITTEES:
FINANCE
BANKING, HOUSING, AND
URBAN AFFAIRS
BUDGET

# United States Senate
WASHINGTON, DC 20510

May 28, 2015

Mr. Andrew Hertzler
5745 Musser Ln
Watsontown, PA 17777-8646

Dear Mr. Hertzler,

Thank you for contacting my office regarding your inability to purchase a gun because you do not have a photo ID (due to your religious beliefs). I submitted your concerns to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have received a response from their office.

As the enclosed response states, Federal firearm laws require photo identification when purchasing a firearm. There are no exceptions to this federal requirement.

While I know this response is not what you hoped, I trust this information is helpful to you. I appreciate the opportunity to be of assistance to you.

Sincerely,

Pat Toomey
US Senator

# Exhibit B



U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Assistant Director*

Washington, DC 20226
www.atf.gov

The Honorable Patrick J. Toomey Sr.
United States Senator
228 Walnut Street, Suite 1104
Harrisburg, Pennsylvania 17101

Dear Senator Toomey:

This is in response to your letter dated April 20, 2015, to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), on behalf of your constituent, Mr. Andrew Hertzler. Mr. Hertzler requested assistance regarding purchasing a firearm without photographic identification, which he does not have due to his religious beliefs.

Federal firearms laws state in Title 18 United States Code, Section 922(t)(1)(C) that a Federal firearms licensee may not lawfully transfer any firearm until the licensed dealer "has verified the identity of the transferee by examining a valid identification document [ ] of the transferee containing a **photograph** of the transferee" (emphasis added). The law does not provide any exceptions to this requirement.

We hope this information proves helpful in responding to your constituent. Please let me know if we can be of further assistance.

Sincerely yours,

Christopher C. Shaefer
Assistant Director
Public and Governmental Affairs