# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW HERTZLER,** | : | |
| Plaintiff | : | Docket No. 4:15-cv-02063-MWB |
| | : | |
| v. | : | |
| | : | |
| **LORETTA LYNCH,** | : | |
| Attorney General of the United States | : | |
| | : | |
| **THOMAS E. BRANDON,** | : | |
| Acting Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives | : | |
| | : | |
| **CHRISTOPHER C. SHAEFER,** | : | Honorable Matthew Brann |
| Assistant Director, ATF Public and Governmental Affairs | : | |
| | : | |
| **JAMES B. COMEY,** | : | |
| Director of the Federal Bureau of Investigation | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff Andrew Hertzler, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the Complaint as to all Defendants without prejudice.

Respectfully Submitted,

_____
Joshua Prince, Esq.
*Attorney for Plaintiff*
Prince Law Offices, P.C.

646 Lenape Rd
Bechtelsville, Pa 19505
610-845-3803 ext 81114
610-845-3903
Joshua@PrinceLaw.com